**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7995

JOSEPH J. SCHEPIS, JR.,

Petitioner - Appellant,

versus

G. MALDONADO, JR., Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (CA-04-276-0-17BD)

Submitted:  February 24, 2005          Decided:  March 9, 2005

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph J. Schepis, Jr., Appellant Pro Se.  Barbara Murcier Bowens, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph J. Schepis, Jr., a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Schepis v. Maldonado, No. CA-04-276-0-17BD (D.S.C. filed Nov. 29, 2004; entered Nov. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED